UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Latoya Renee Edwards            Docket No. 4:11-CR-58-1BR

**Petition for Action on Supervised Release**

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Latoya Renee Edwards, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With the Intent to Distribute Twenty-Eight (28) Grams or More of Cocaine Base (Crack), in violation of 21 U.S.C. § 846, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on April 2, 2012, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years.

Latoya Renee Edwards was released from custody on January 28, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 2, 2015, the defendant provided a urine sample that was submitted for laboratory analysis. On February 11, 2015, laboratory analysis confirmed positive results for marijuana. On March 4, 2015, Edwards confirmed drug use and admitted to the probation officer that she last used marijuana on approximately January 4, 2015. This drug use occurred prior to her release to supervision while still in custody of the Bureau of Prisons. Edwards has enrolled in substance abuse treatment and it is further recommended that supervision be modified to include the DROPS Program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield | /s/ Michael W. Dilda |
| Dwayne K. Benfield | Michael W. Dilda |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 201 South Evans Street Room 214 |
| | Greenville, NC 27858-1137 |
| | Phone: 252-830-2342 |
| | Executed On: April 10, 2015 |

**Latoya Renee Edwards**
**Docket No. 4:11-CR-58-1BR**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this ___10___ day of ___April___, 2015 and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge