UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Latoya Renee Edwards**　　　　　　　　　　　　　　　　　　　　**Docket No. 4:11-CR-58-1BR**

**Petition for Action on Supervised Release**

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Latoya Renee Edwards, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With the Intent to Distribute Twenty-Eight (28) Grams or More of Cocaine Base (Crack), in violation of 21 U.S.C. § 846, was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on April 2, 2012, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Latoya Renee Edwards was released from custody on January 28, 2015, at which time the term of supervised release commenced. On April 10, 2015, a Petition for Action on Supervised Release was filed with the court advising the defendant tested positive for marijuana on February 2, 2015, prior to her release to supervision. On April 10, 2015, the court agreed with the probation officer's recommendation for Edwards to participate in the DROPS Program.

On February 12, 2016, a DROPS Sanction Report was filed with the court after the defendant tested positive for marijuana on January 6, 2016. She completed a 2-day period of incarceration.

On October 28, 2016, a DROPS Sanction Report was filed with the court after the defendant tested positive for marijuana on August 31, 2016. She completed a 5-day period of incarceration.

On March 17, 2017, a Violation Report was filed advising the defendant was charged in Greene County, North Carolina, with misdemeanor charges of Communicating Threats, Injury to Personal Property, and First Degree Trespassing (16CRS50514), which occurred between September 9 and 10, 2016. On July 14, 2017, Edwards was found guilty of Injury to Personal Property and sentenced to 45 days custody, suspended for 18 months of supervised probation. The related charges were dismissed; however, the defendant appealed the sentence on the same day and remains pending for disposition.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 16, 2018, the defendant provided a urine sample that was submitted for laboratory analysis. On May 20, 2018, laboratory analysis revealed positive results for marijuana. On June 1, 2018, Edwards was confronted with the positive results and admitted to using marijuana on approximately May 13, 2018. The defendant has agreed to continue with substance abuse counseling. As noted above, Edwards was found guilty of Injury to Personal Property in Greene County, but the same was appealed and remains pending for disposition. As a sanction for her violation conduct, completion of 30 days of Location Monitoring with curfew is recommended. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ Michael W. Dilda
Michael W. Dilda
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2342
Executed On: June 01, 2018

## ORDER OF THE COURT

Considered and ordered this __4__ day of __June__, 2018, and ordered filed and made a part of the records in the above case.

W. Earl Britt
Senior U.S. District Judge